IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **ILEANA BLANCO DIAZ** <br> **A/K/A ILEANA C. IRVINE** <br> DEBTOR(S) | CASE NO. 09-06011 (SEK) <br><br> CHAPTER 13 |

**INFORMATIVE MOTION**
**(AMENDED PETITION, SCHEDULES E & F, SOFA, VERIFICATIONS & MATRIX)**

**TO THE HONORABLE COURT:**

Here come(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of **Amended Schedules, Statements, and Creditor Matrix**, pursuant to Rule 1009, in order to:

   a. *Amended Petition – to disclose additional names used by petitioner (Ileana C. Irvine; Ileana Caridad Blanco Diaz).*

   b. *Amended Schedule E – to disclose a tax debt owed to IRS bifurcated in a priority and non priority portions.*

   c. *Amended Schedule F – to disclose an unsecure creditor American Express.*

   d. *Amended Statement Of Financial Affairs – to disclose the employer ID number of IRG Resarch Group, Inc., a formerly existing corporation of debtor (item #18).*

   e. *Amended Creditor Matrix – to include creditors IRS and American Express as priority and non priority unsecured creditors, and Departamento de Hacienda de Puerto Rico as a party to be notified only.*

   f. *Debtor's verifications of amended schedules and matrix.*

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended petition, schedules, statements and verifications.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** the petitioning Creditor pray(s) from this Honorable Court to take notice of the aforementioned and allow the filing of the documents attached hereto.

**NOTICE:** Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all CM/ECF participants in this case, including: Alejandro Oliveras Rivera, Chapter 13 Trustee; MONSITA LECAROZ ARRIBAS, ESQ., Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list, particularly: IRS, Departamento de Hacienda de Puerto Rico, and American Express.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, September 11, 2009.

S/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jljimenez11@gmail.com