## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**ILEANA BLANCO DIAZ**

DEBTOR

**CASE NO. 09-06011 (SEK)**

CHAPTER 13

## MOTION TO MODIFY PLAN AFTER CONFIRMATION
## PURSUANT TO 11 U.S.C. §1329

**TO THE HONORABLE COURT:**

COME(S) NOW the above named Debtor(s), represented by the undersigned attorney, and very respectfully allege(s) and request(s):

1.      The Debtor(s), through their attorney, hereby move(s) to modify the Chapter 13 Plan dated 07/22/2009 (docket #2), confirmed on 12/09/2009 (docket #31).

2.      The Chapter 13 Trustee (hereinafter referred to as "Movant") recently filed a motion requesting the modification of the confirmed plan to provide treatment for secured creditor Scotiabank de Puerto Rico's proof of claim #15. (Docket item 41).

3.      To satisfy the Trustee's request the modified plan dated 03/24/2010 is attached hereto.

4.      Under the modified plan the Debtor(s) would:

a.  Maintain the base of the confirmed plan unchanged, and

b.  Provide for the payment of Scotiabank de Puerto Rico's for what appears to be claimed Attorney's Fees and/or Bankruptcy related administrative charges, since Debtor had no mortgage arrears as of the date of filing for bankruptcy relief.

5.      The post confirmation modified plan meets the requirements of the Bankruptcy Code and satisfies Movant's request for relief.

6.      The proposed modified plan, if approved, would make Movant's pending motion to modify plan moot.

**WHEREFORE**, the Debtor(s) respectfully request(s) this Honorable Court to approve the proposed post confirmation modified plan dated 3/24/2010 pursuant to 11 USC 1329.

     **Moreover**, Debtor(s) pray for this Honorable Court to deem Movant's pending motion to modify plan complied with.

     **NOTICE:** Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

     **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which upon information and belief sent a notification of such filing to, Alejandro Oliveras Rivera, Esq., Standing Chapter 13 Trustee; Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee; and to Juan Cuyar Cobb, Fernandez, Collins & Rivero-Vergne, Attorney for Scotiabank de Puerto Rico. I further certify that a copy of this document was mailed First Class Mail postage prepaid to all parties included in the attached creditor matrix which upon information and belief are non CM/ECF participants.

     **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, March 24, 2010.

                              s/JOSE  L. JIMENEZ QUINONES
                              USDC-PR 203808
                              Attorney for Debtor(s)
                              268 AVE. PONCE DE LEON
                              Suite 1118
                              San Juan, P.R. 00918-2007
                              TEL: 787-282-9009 & 691-2458
                              FAX: 1-866-326-9416 & 787-731-5721
                              jljimenez11@gmail.com